# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Abraham Flores-Angeles,<br><br>           Movant/Defendant,<br><br>v.<br><br>United States of America,<br><br>           Respondent/Plaintiff. | No. CV-16-02067-PHX-SRB (BSB)<br>CR-10-00506-PHX-SRB<br><br>**ORDER** |

      Movant, Abraham Flores-Angels, filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 on June 25, 2016. On November 2, 2016 the United States filed a Motion to Stay Further Proceedings on the Motion to Vacate Sentence pending the Ninth Circuit's decision in Supreme Court's decision in *Lynch v. Dimaya*, No. 15-1498 and Ninth Circuit's decision *United States v. Begay*, No. 14-10080. On November 12, 2016 Movant filed an Objection to Magistrate Report + Opposition to Government Requested "Stay" and the United States filed its reply on December 1, 2016.

      The Magistrate Judge filed her Report and Recommendation on January 19, 2017 recommending that the Motion to Stay Further Proceedings on the Motion to Vacate Sentence be granted. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report

and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.[1]

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 19)

**IT IS FURTHER ORDERED** granting Respondent/Plaintiff's Motion to Stay Further Proceedings on the Motion to Vacate Sentence. (Doc. 12)

**IT IS FURTHER ORDERED** this matter is stayed pending the Supreme Court's decision in *Lynch v. Dimaya*, No. 15-1498 and the Ninth Circuit's decision in *United States v. Begay*, No. 14-10080.

Dated this 10th day of February, 2017.

_____
Susan R. Bolton
United States District Judge

---

[1] The government's Notice of Errata (Doc. 20) filed January 20, 2017, corrects an error about Movant's projected release date which error was also contained in the Magistrate Judge's Report and Recommendation. Movant's actual projected release date is April 12, 2020.

- 2 -